# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMMARA SPROED,

        Plaintiff,

vs.

BVT HBAVARIA LIMITED PARTNERSHIP,

        Defendant.

Case No. 2:09-cv-01773-LDG-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed September 6, 2010. Defendant filed its Answer (#20) June 11, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 16, 2010** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 5th day of August, 2010.

                                        */s/ George Foley Jr.*
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge