# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMMARA SPROED,

    Plaintiff,

v.

BVT HBAVARIA, LP,

    Defendant.

Case No. 2:09-cv-01773-LDG (GWF)

**ORDER**

    The plaintiff, Tammara Sproed, moves to amend her complaint (#22). The defendant has filed a response indicating it does not oppose the motion (#25). Accordingly, for good cause shown,

    THE COURT **ORDERS** that Tammara Sproed's Motion to Amend (#22) is GRANTED. The plaintiff shall have fourteen days from the date this Order is Entered and Served to file her amended complaint as proposed in her motion to amend.

DATED this ___ day of August, 2010.

_____
Lloyd D. George
United States District Judge