JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Ph. (702) 258-1183 / Fax (702) 258-6983
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TAMMARA SPROED,

    Plaintiff,

vs.

BVT H BAVARIA LIMITED PARTNERSHIP,

    Defendant.

Case No.: 2:09-CV-1773-LDG-GWF

**SUBSTITUTION OF COUNSEL**

UNDERSIGNED, Plaintiff Tammara Sproed and counsel of record for Plaintiff Richard Segerblom hereby substitute the following undersigned as Plaintiff's new counsel of record in this matter:

JAMES P. KEMP, ESQ.
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 fax
jp@kemp-attorneys.com

DATED 8-29-2011

*/s/ Tammara J. Sproed*
TAMMARA SPROED, Plaintiff

1

DATED August 29, 2011

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQUIRE
Nevada Bar No. 001010
700 S. Third Street
Las Vegas, NV 89101
(702) 388-9600 / (702) 385-2909 fax

DATED August 29, 2011

/s/ James P. Kemp
JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183
Attorney for Plaintiff

## ORDER

The above substitution of counsel is approved

IT IS SO ORDERED

DATED August 31, 2011

/s/ George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge

2